Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Cindy Chan (SBN 247495)
cchan@blakelylawgroup.com
Jessica C. Covington (SBN 301816)
jcovington@blakelylawgroup.com
BLAKELY LAW GROUP
1334 Parkview Avenue, Suite 280
Manhattan Beach, California 90266
Telephone: (310) 546-7400
Facsimile: (310) 546-7401

*Attorneys for Plaintiff*
*Deckers Outdoor Corporation*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SUMMER RIO CORP., a California Corporation; and DOES 1-10, inclusive<br><br>Defendant. | CASE NO. CV 15-07026-DDP (MRWx)<br><br>**ORDER RE CONSENT JUDGMENT INCLUDING PERMANENT INJUNCTION AND VOLUNTARY ACTION OF DISMISSAL WITH PREJUDICE** |

**Plaintiff Deckers Outdoor Corporation** ("Deckers" or "Plaintiff") having filed a Complaint in this action charging **Defendant Summer Rio Corp.** ("Defendant") with Trademark Infringement, Patent Infringement, and Unfair Competition arising from Defendant's manufacture, distribution, promotion, advertisement, offering for sale, and/or sale of footwear, the design of which Deckers has alleged infringes upon its UGG® Sun Mark (defined below) and '638 Patent (defined below).  The "Accused Products" which Deckers has alleged infringe upon its UGG® Sun Mark and '638 Patent are identified by the Style Number "BC1111" (hereinafter "Accused Products"); an example of which is shown below:



**WHEREAS**, Deckers is the owner of registered UGG® Sun Mark (U.S. Reg. Nos. 3,624,595 for footwear; 3,636,029 for leather bags; and 3,825,543 for coats, jackets, vests, ponchos, gloves, mittens, headwear, wraps, scarves, and sweaters); and

**WHEREAS**, Deckers is the owner of design patent U.S. Patent No. D594,638 (issued on June 23, 2009) (hereinafter " '638 Patent); and

**WHEREAS**, the parties hereto desiring to fully settle all of the claims in this action among the parties to this Final Consent Judgment; and

**WHEREAS**, the parties herein have simultaneously entered into a Settlement Agreement and Mutual Release,

**IT IS HEREBY ORDERED** that Defendant has agreed to the below terms of a consent judgment:

1. This Court has jurisdiction over the parties to this Final Consent Judgment and has jurisdiction over the subject matter hereof pursuant to 15 U.S.C. § 1121.

2. Defendant and its agents, servants, employees and all persons in active concert and participation with them who receive actual notice of this Final Consent Judgment are hereby permanently restrained and enjoined from:

   (a) Challenging the validity, enforceability, or Deckers' ownership of the UGG® Sun Mark and/or '638 Patent;

   (b) Manufacturing, purchasing, producing, distributing, circulating, selling, offering for sale, importing, exporting, advertising, promoting, displaying, shipping, marketing and/or incorporating in advertising or marketing the Accused Products and/or any products that infringe upon the UGG® Sun Mark and/or '638 Patent;

   (c) Committing any other act which falsely represents or which has the effect of falsely representing that the goods and services of Defendant are licensed by, authorized by, offered by, produced by, sponsored by, or in any other way associated with Plaintiff;

   (d) Knowingly assisting, aiding or attempting to assist or aid any other person or entity in performing any of the prohibited activities referred to in Paragraphs 2(a) to 2(c) above.

3. Plaintiff and Defendant shall bear their own costs and attorneys' fees associated with this action.

4. The execution of this Final Consent Judgment shall serve to bind and obligate the parties hereto. However, dismissal with prejudice of this action shall not have preclusive effect on those who are not a party to this action or who are not specifically released in the parties' written settlement agreement, all claims against whom Plaintiff expressly reserves.

5. The jurisdiction of this Court is retained for the purpose of making any further orders necessary or proper for the construction or modification of this Final Consent Judgment, the enforcement thereof and the punishment of any violations thereof. Except as otherwise provided herein, this action is fully resolved with prejudice.

**IT IS SO ORDERED.**

DATED: October 11, 2016

_____
Hon. Dean D. Pregerson
**United States District Judge**